**Mandamus Denied and Opinion Filed January 15, 2013**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00003-CV

## IN RE CONNECT MERCHANT PAYMENT SERVICES, INC., Relator

On Original Proceeding from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-00481

### OPINION

Before Justices Moseley, Francis and Fillmore
Opinion by Justice Francis

In this original mandamus proceeding, relator asserts the trial court abused its discretion by appointing an auditor to conduct discovery in the underlying lawsuit and granting that auditor overly broad authority in regards to the auditor's duties. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). We deny relator's petition for writ of mandamus.

MOLLY FRANCIS
JUSTICE

130003F.P05